# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-07-00376-CV

---

**Elizabeth Louise Handley, Appellant**

**v.**

**Marian C. Bloss, Appellee**

---

### FROM COUNTY COURT AT LAW NO. 1 OF BURNET COUNTY
### NO. C3206, HONORABLE W. R. SAVAGE, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Elizabeth Louise Handley appeals from a final summary judgment awarding appellee, Marian C. Bloss, an attorney, $9,338.23 on a claim for unpaid legal services. Bloss, in turn, has filed a motion for sanctions under Tex. R. App. P. 45. Justice Puryear has filed a concurring and dissenting opinion, which Justice Pemberton joins in part. Justices Patterson and Pemberton have each filed concurring opinions. As reflected in these opinions, the Court unanimously holds that the summary judgment should be affirmed. A majority of the Court—Justices Patterson and Pemberton—holds that Bloss's motion for sanctions should be denied. Justice Puryear dissents from this portion of the Court's judgment and would award sanctions.

Before Justices Patterson, Puryear and Pemberton;
    Concurring Opinion by Justice Patterson
    Concurring Opinion by Justice Pemberton
    Concurring and Dissenting Opinion by Justice Puryear, Joined in part by Justice Pemberton

Affirmed

Filed:   February 5, 2010